1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID M. PROVENZA, an individual,

        Plaintiff,

v.

NYE COUNTY, NEVADA on relation of the
NYE COUNTY SHERIFF'S OFFICE, a
political subdivision of the State of Nevada;
and JASON RUESCH, in his individual
capacity,

        Defendants.

CASE NO. 2:25-cv-00173-ART-NJK

**ORDER GRANTING**

**STIPULATION TO
DISMISS WITH PREJUDICE**

    IT IS HEREBY STIPULATED between Plaintiff David Provzena, by and through his

attorney of record, Breeden & Associates, PLLC and Defendants Nye County, Nevada on relation

of the Nye County Sheriff's Office and Jason Ruesch, by and through his attorney of record, Marquis

Aurbach, that the above-referenced matter be dismissed with prejudice.

[remainder of page intentionally blank]

1    IT IS FURTHER STIPULATED both parties bear their own attorney fees and costs.

2    **IT IS SO STIPULATED AND AGREED.**

3    Dated this 30th day of June, 2025.                    Dated this 30th day of June, 2025.

4    **BREEDEN & ASSOCIATES, PLLC**                        **MARQUIS AURBACH**

5    **/s/ Adam J. Breeden**                               **/s/ Brian R. Hardy**

6    _____                      _____
     **ADAM J. BREEDEN, ESQ.**                             **BRIAN R. HARDY, ESQ.**
7    Nevada Bar No. 008768                                 Nevada Bar No. 10068
     7432 W. Sahara Ave., Suite 101                        10001 Park Run Drive
8    Las Vegas, Nevada 89117                               Las Vegas, NV 89145
     Phone: (702) 819-7770                                 Phone: (702) 382-0711
9    Fax: (702) 819-7771                                   Fax: (702) 382-5816
     *Attorneys for Plaintiffs*                            *Attorney for Defendants*
10

11

12                                    **IT IS SO ORDERED**

13

14   _____
                                    ANNE R TRAUM
15                                  **UNITED STATES DISTRICT JUDGE**

16
                                    **DATED:**   July 1, 2025
17

18

2